56 F.3d 1393
 Frank Johnson
v.
Donna E. Shalala, Secretary of Health and Human Services,
Robert B. Williams, HRS, Robert Butterworth, Attorney
General, State of Florida, Mary Jones, HRS, Maurice M. Paul,
Chief Judge, Northern District Court of Florida, William H.
Stafford, Judge, Northern Dist. Court of Florida, William C.
Sherill, Jr., Magistrate Judge Northern Dist. Court of
Florida, Janet Reno, Attorney General, Dept. of Justice,
Gregory Gregory Miller, U.S. Attorney Northern Dist. of Florida
 NO. 94-2179
 United States Court of Appeals,
Eleventh Circuit.
 May 22, 1995
 N.D.Fla., 49
 F.3d 732
 
 1
 DENIALS OF REHEARING EN BANC.